EXHIBIT A TO COMPLAINT



Spartanburg County
Bible Education in School Time
P.O. Box 3351
Spartanburg, SC 29304
864-706-9556
www.scbest.net
email: tdbird@bellsouth.net

Board Members:

Charles T. Conrad-Chairman

Troy Bridges-Treasurer
*Retired School Teacher*

Bill Carr
*Retired HS football coach & former Mayor of Easley*

Stan Case
*Lawyer (Butler, Means Law Firm)*

Rev. Carolyn Chatman
*Minister-Retired Teacher*

Cesilie Cleland
*Junior High School Teacher*

Keith Davis
*Pastor*

OK Gaskins
*Retired School Teacher*

Larry Holland
*Pastor*

Joe Jones
*Pastor*

Lanny Littlejohn
*Legislator (SC House of Representatives)*

Zane McMillan
*Associate Pastor*

Dan Moore
*Retired Manager for Milliken and Co*

Glenn Rusher
*Pastor*

Rev. Tommy Sparks
*Pastor*

Judge James Talley
*Former mayor*

Frank Tiller
*Builder*

Kris Visk
*Housewife*

Sandy Whisnant

Dear Parents & Students,

I am writing to inform you of a very exciting new opportunity for rising 10th, 11th and 12th graders. Bible Education in School Time (also known as Released Time) will be available for elective credit to students who attend Spartanburg High School starting in August 2007. Students with parental permission can sign up to leave school grounds for this elective class. The classes will be held at St. Christopher's Episcopal Church, which is immediately adjacent to the school. Upon satisfactory completion of this course, students will receive credit towards graduation.

The Released Time concept started over 90 years ago and is legal in all 50 states. The legality of this concept was originally upheld by the Supreme Court in 1952, Zorach vs. Clausen. In South Carolina, 6500 students at 71 public schools participate in this program every week. In May, 2006 the South Carolina Legislature passed a law (S-148) that allows school districts to grant elective credit for this class. The District 7 School Board recently granted SCBEST approval to begin offering this class for elective credit.

As you may know, Spartanburg County Bible Education in School Time (SCBEST), formerly known as Spartanburg County Christian Released Time, began offering off-campus Bible education classes during the 1997-1998 school year. Because elective credit was not available at that time we had to discontinue this course after the first few years. However, SCBEST continues to provide daily programs at District Seven's three junior high schools. Hundreds of students from District Seven have benefited from participating in this program since its inception.

I took this class during the spring semester of my senior year at SHS in 1998. This class had a profound influence on my life, and I am thrilled to be returning to Spartanburg to teach it. Upon graduating from SHS I matriculated to Duke University where I earned a degree in religion. For the past five years I have served as the campus director of Athletes in Action at Asbury College. In May of this year I will graduate from Asbury Theological Seminary with a Master's of Divinity and a Master's of Arts in Pastoral Counseling and from Asbury College with a Master's of Arts in Education. I have pursued these degrees and ministry experience precisely so that I will be prepared to teach this class.

The SCBEST class will help students learn the basic tenets of the Christian worldview. The curriculum is designed as a yearlong class and the semesters complement each other as a coherent whole. The first semester will cover the Old and New Testaments and the basic doctrines of the Christian faith. During the second semester students will learn how they ought to live as a result of what they have learned during the first semester. Thus we will be spending a lot of time on the classic spiritual disciplines and how a Christian should think through various contemporary issues.

However, if a student registers for our class they are only committing to take one semester. Furthermore, the first semester introductory course will also be offered during the spring semester. Therefore, if a student cannot take our course during the fall semester then they can take the first semester course during the spring term, and then pick up the second semester course the following fall or spring.

To register for this course please complete the enclosed card and return it in the postage paid envelope by Friday, March 9th. For more information please visit our website at www.scbest.net. Or if you have questions please feel free to write to me at 312B Bellevue Ave. / Wilmore, KY 40390, e-mail me at drew_martin@asburyseminary.edu, or call me at 859-858-0089. I look forward to serving my hometown through this unique ministry opportunity, and to seeing each of you at SHS next fall. Until then, Go Vikes!

Sincerely,



Drew Martin