United States District Court
for the
District of South Carolina
Spartanburg Division

| | |
|---|---|
| Robert Moss, et al. ) | |
| and ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civil Action No. 7:09-cv-1586-HRH |
| v. ) | |
| ) | |
| Spartanburg County School District ) | |
| No. 7, | |
| Defendant ) | |

LOCAL RULE 12.01 EXTENSION OF TIME
TO RESPOND TO COMPLAINT

NOW COME Plaintiffs through their undersigned counsel and pursuant to Local Rule 12.01 DSC respectfully show:

1.  The Summons and Complaint were personally served on Defendant on July 22, 2009, by serving Defendant's retained counsel.

2.  Plaintiff now extend the time for Defendant to answer or otherwise plead to the Complaint by twenty (20) days.

Respectfully submitted, July 23, 2009.

                                              s/ Aaron J. Kozloski
                                              D.S.C. Bar. No. 9510
                                              Capitol Counsel
                                              P.O. Box 11902
                                              Capitol Station
                                              Columbia, S.C. 29211
                                              Tel:  803-748-1320
                                              Fax:  8-3-255-7074
                                              Aaron@capitolcounsel.us

George Daly (*pro hac vice*)
139 Altondale Avenue
Charlotte  N.C.  28207
Tel:  704-333-5196
Gdaly1@bellsouth.net
N.C. Bar No. 1071

Attorneys for Plaintiffs