IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Freedom From Religion Foundation, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>Spartanburg County School District No. 7,<br><br>*Defendant*. | Case No. 7:09-cv-1586-HMH |

## DECLARATION OF THOMAS D. WHITE, JR.

1. My name is Thomas D. White, Jr. I am over the age of 18 and have personal knowledge of all of the contents of this declaration.

2. I am the Superintendent for Spartanburg County School District Seven. My duties as Superintendent include overseeing the administration of the District's schools, including Spartanburg High School. As Superintendent, I am familiar with both employee administrative functions and student enrollment. I am also familiar with the released time program that is the subject of this lawsuit.

3. The released time program has had a total of fourteen students who have received credit during the four semesters it has been offered for credit.

4. The total time spent by District employees on administration of the released time program varies, but has never amounted to more than five employee hours per school year.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 31st day of August, 2009 in Spartanburg, South Carolina.

_____
Thomas D. White, Jr.