```
Court Name: District of South Carolina
Division: 6
Receipt Number: SCX600004827
Cashier ID: jsmith
Transaction Date: 09/01/2009
Payer Name: Lyles Darr and Clark LLP
-------------------------------------
PRO HAC VICE
 For: Lyles Darr and Clark LLP
 Case/Party: D-SCX-7-09-CV-001586-001
 Amount:         $250.00
-------------------------------------
CHECKS
 Check/Money Order Num: 28529
 Amt Tendered: $250.00
-------------------------------------
Total Due:       $250.00
Total Tendered: $250.00
Change Amt:      $0.00
```

```
DUPLICATE

Court Name: District of South Carolina
Division: 6
Receipt Number: SCX600004826
Cashier ID: jsmith
Transaction Date: 09/01/2009
Payer Name: Lyles Darr and Clark LLP
-------------------------------------
PRO HAC VICE
 For: Lyles Darr and Clark LLP
 Case/Party: D-SCX-7-09-CV-001586-001
 Amount:         $250.00
-------------------------------------
CHECKS
 Check/Money Order Num: 28528
 Amt Tendered: $250.00
-------------------------------------
Total Due:       $250.00
Total Tendered: $250.00
Change Amt:      $0.00
```