United States District Court
for the
District of South Carolina
Spartanburg Division

Robert Moss, et al.            )
and                            )
                               )
              Plaintiffs       )
                               )     Civil Action No. 7:09-cv-1586-HMH
v.                             )
                               )
Spartanburg County School District )
No. 7,                         )
              Defendant        )
_____

## LOCAL RULE 12.01 EXTENSION OF TIME
## TO RESPOND TO SECOND AMENDED COMPLAINT

    NOW COME Plaintiffs through their undersigned counsel and respectfully show:

    1.  On September 24, 2009, the Court by Order allowed the Second Amended Complaint to be filed.  It was filed on September 30, 2009.

    2.   Plaintiff now extend the time for Defendant to answer or otherwise Plead to the Second Amended Complaint until October 19, 2009, pursuant to Local Civil Rule 12.01 DSC.

    Respectfully submitted, September 30, 2009.

                                     s/ Aaron J. Kozloski
                                     D.S.C. Bar. No. 9510
                                     Capitol Counsel
                                     P.O. Box 11902
                                     Capitol Station
                                     Columbia, S.C. 29211
                                     Tel:  803-748-1320

Fax: 8-3-255-7074
Aaron@capitolcounsel.us

George Daly (*pro hac vice*)
139 Altondale Avenue
Charlotte N.C. 28207
Tel: 704-333-5196
Gdaly1@bellsouth.net
N.C. Bar No. 1071

Attorneys for Plaintiffs