United States District Court
for the
District of South Carolina
Spartanburg Division

| | |
|---|---|
| Robert Moss, individually and as general guardian of his minor child, et al. <br><br> v. <br><br> Spartanburg County School District No. 7, a South Carolina body politic and corporate <br> Defendant | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 7:09-cv-1586:HRH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF REQUEST FOR PROTECTION

Plaintiff's *pro hac* vice counsel Mr. Daly requests protection against trial or hearing from Friday, January 30, 2010, through Monday, February 8, 2010, so that he may take a scheduled family vacation and have a day on either side of it.

Defendant does not oppose this request for protection.

October 9, 2009.

                                                s/ Aaron J. Kozloski
                                                D.S.C. Bar. No. 9510
                                                Capitol Counsel
                                                P.O. Box 11902
                                                Capitol Station
                                                Columbia, S.C. 29211
                                                Tel:  803-748-1320
                                                Fax:  8-3-255-7074
                                                Aaron@capitolcounsel.us

                                                George Daly
                                                (*pro hac vice*)

        139 Altondale Avenue
        Charlotte  N.C.  28207
        Tel:  704-333-5196
        Gdaly1@bellsouth.net
        N.C. Bar No. 1071

Attorneys for Plaintiffs