IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
_____ DIVISION

|  |  |  |
|---|---|---|
| Plaintiff(s), | ) | CA: |
|  | ) |  |
|  | ) |  |
|  | ) | **RULE 26(f) REPORT** |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

  _____ We agree that the schedule set forth in the Conference and Scheduling Order filed _____ is appropriate for this case.  **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 are attached.**

  _____ We agree that the schedule set forth in the Conference and Scheduling Order filed _____ requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order).  **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 are attached.**

  _____ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court.  **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, is attached.  The information required by Local Civil Rule 26.03 is also attached.**

(SIGNATURE PAGE ATTACHED)

**PLAINTIFF(S)**                 **DEFENDANT(S)**

_____

*Signature of Plaintiff's Counsel*

_____

*Printed Name of Plaintiff's Counsel
and Party Represented*

_____

*Signature of Plaintiff's Counsel*

_____

*Printed Name of Plaintiff's Counsel
and Party Represented*

_____

*Signature of Plaintiff's Counsel*

_____

*Printed Name of Plaintiff's Counsel
and Party Represented*

_____

*Signature of Plaintiff's Counsel*

_____

*Printed Name of Plaintiff's Counsel
and Party Represented*

*Dated:* _____

_____

*Signature of Defendant's Counsel*

_____

*Printed Name of Defendant's Counsel
and Party Represented*

_____

*Signature of Defendant's Counsel*

_____

*Printed Name of Defendant's Counsel
and Party Represented*

_____

*Signature of Defendant's Counsel*

_____

*Printed Name of Defendant's Counsel
and Party Represented*

_____

*Signature of Defendant's Counsel*

_____

*Printed Name of Defendant's Counsel
and Party Represented*

*Dated:* _____