IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Robert Moss, individually and as general guardian of his minor child; Ellen Tillett, individually and as general guardian of her minor child; and The Freedom From Religion Foundation, Inc., | ) ) ) ) ) ) | C.A. No. 7:09-1586-HMH |
| Plaintiffs, | ) ) | **AMENDED CONFERENCE AND SCHEDULING ORDER** |
| vs. | ) ) | |
| Spartanburg County School District No. 7, a South Carolina body politic and corporate, | ) ) ) ) | |
| Defendant. | ) ) | |

The Court amends the Amended Conference and Scheduling Order filed **February 16, 2010**, as follows:

9.    All other motions, except (a) those relating to the admissibility of evidence at trial and (b) those to compel discovery, shall be filed no later than **November 19, 2010** (Fed. R. Civ. P. 16(b)(2)).  See below ¶ 11 for motions in limine deadline.

10.    No later than **February 4, 2011**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures.  Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).  See Local Civil Rule 30.03(J) (video deposition additional requirements).

11.    Motions in limine must be filed two weeks prior to jury selection.

12.    Parties shall furnish the Court pretrial briefs five (5) business days prior to the date set for jury selection (Local Civil Rule 26.05).  Attorneys shall meet at least five (5) business days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits.  See Local Civil Rule 26.07.

13.    This case is subject to being called for jury selection and trial on or after **March 9, 2011.**

A request for a continuance of the trial date must be agreed to and signed by the party and his attorney requesting and/or consenting to the continuance.

The court directs the parties' attention to Local Rule 7.00 which governs motion practice. Hearings on motions are not automatic. The court may decide motions without a hearing. If a party opposes a motion which has been filed, that party must file a response to the opposed motion within fifteen (15) days of the date the motion was filed. If no such response in opposition is filed, the court will assume that the party consents to the court's granting the motion.

Any motions pending on the date of the Bar Meeting *will be heard at the Bar Meeting* and you should be prepared to argue them at that time.

NOTICE: You are expected to be available for trial of this case during the month of March 2011 unless the court notifies you of a later date. If you presently have a conflict during the month of March, notify the court in writing within seven (7) days of the date of this order. You will not be excused without leave of court.

s/Henry M. Herlong, Jr.
Senior United States District Judge

October 13, 2010
Greenville, South Carolina

2