IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Robert Moss and Melissa Moss; | ) |
| | ) |
| Ellen Tillett, individually and as general guardian of her minor child; and | ) |
| | ) |
| Freedom From Religion Foundation, Inc., a Wisconsin non-profit corporation, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 7:09-cv-1586-HMH |
| | ) |
| Spartanburg County School District No. 7, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**

Defendant Spartanburg County School District No. 7 filed a Motion to Compel on October 27, 2010 [Dkt. 68]. After the School District filed its motion, Plaintiffs served supplemental discovery responses, which appear to sufficiently address the discovery issues raised by the motion. Based on the foregoing, the School District hereby withdraws its Motion to Compel.

Respectfully submitted,

/s/Kenneth E. Darr, Jr.
Kenneth E. Darr, Jr. (Fed. I.D. #989)
Lyles, Darr & Clark, LLP
104 N. Daniel Morgan Ave., Suite 300
Spartanburg, South Carolina 29306
kdarr@ldclaw.com
Telephone: (864) 585-4806
Facsimile: (864) 585-4810

1

        Eric C. Rassbach (admitted *pro hac vice*)
        Lori H. Windham (admitted *pro hac vice*)
        Eric N. Kniffin (admitted *pro hac vice*)
        The Becket Fund for Religious Liberty
        3000 K St. NW, Suite 220
        Washington, DC 20036
        erassbach@becketfund.org
        lwindham@becketfund.org
        ekniffin@becketfund.org
        Telephone: (202) 955-0095
        Facsimile: (202) 955-0090

        Attorneys for Defendant
        Spartanburg County School District No. 7

November 15, 2010
Spartanburg, South Carolina