IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Freedom From Religion Foundation, Inc., a Wisconsin non-profit corporation, <br><br> Robert Moss and Melissa Moss; and <br><br> Ellen Tillett, individually and as general guardian of her minor child; <br><br> Plaintiffs, <br><br> v. <br><br> Spartanburg County School District No. 7, <br><br> Defendant. | Case No. 7:09-cv-1586-HMH |

## STIPULATION OF NONJURY TRIAL

Pursuant to Federal Rule of Civil Procedure 39(a)(1), the parties, through counsel, stipulate to a nonjury trial in this matter.

Defendant has stipulated to nonjury trial based on Plaintiffs' agreement not to seek "other relief as merited," as stated in the prayer for relief in their Third Amended Complaint, Dkt. 57 at 14. The parties stipulate that Plaintiffs are seeking only: (1) nominal damages of $4.00 total; (2) declaratory relief; and (3) attorney's fees and costs pursuant to 42 U.S.C. § 1988. *See* Dkt. 57 at 14.

1

Respectfully submitted, January 27, 2011.

| | |
|---|---|
| s/ Aaron J. Kozloski | /s/KennethE.Darr,Jr. |
| D.S.C. Bar. No. 9510 | Kenneth E. Darr, Jr. (Fed. I.D. #989) |
| Capitol Counsel, L.L.C. | Lyles, Darr & Clark, LLP |
| P.O. Box 1996 | 104 N. Daniel Morgan Ave., Suite 300 |
| Lexington, SC 29071 | Spartanburg, South Carolina 29306 |
| Phone 803-748-1320 | kdarr@ldclaw.com |
| Fax 888-513-6021 | Telephone: (864) 585-4806 |
| Mobile 803-465-1400 | Facsimile: (864) 585-4810 |
| Aaron@capitolcounsel.us | |
| Attorney for Plaintiffs | Attorney for Defendant |