IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Freedom From Religion Foundation, Inc., a Wisconsin non-profit corporation, <br><br> Robert Moss and Melissa Moss; and <br><br> Ellen Tillett, individually and as general guardian of her minor child; <br><br>　　　　　Plaintiffs, <br><br>　　　v. <br><br> Spartanburg County School District No. 7, <br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )　Case No. 7:09-cv-1586-HMH ) ) ) ) ) ) |

**DEFENDANT'S RULE 26(a)(3) PRETRIAL DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendant Spartanburg County School District No. 7 hereby submits the following pretrial disclosures about the evidence it may present at trial other than solely for impeachment:

　　　1.　The name and, if not previously provided, the address and telephone number of each witness – separately identifying those the party expects to present and those it may call if the need arises.

　　　　　a.　Witnesses the party expects to present:

　　　　　**Rodney Graves**
　　　　　**Spartanburg School District Seven**
　　　　　**610 Dupre Drive**
　　　　　**Spartanburg, South Carolina 29307**
　　　　　**(864) 594-4400**

1

        **Conrad Hurst**
        **Spartanburg School District Seven**
        **610 Dupre Drive**
        **Spartanburg, South Carolina 29307**
        **(864) 594-4400**

        **Suzanne McDaniel**
        **169 Mills Avenue**
        **Spartanburg, South Carolina 293002**
        **(864) 583-1096**

        **Robert M. Tillotson**
        **166 Sloans Grove Road**
        **Spartanburg, South Carolina 29307**

        **Dr. Thomas White**
        **Spartanburg School District Seven**
        **610 Dupre Drive**
        **Spartanburg, South Carolina 29307**
        **(864) 594-4400**

        **John E. Wolfe**
        **Spartanburg School District Seven**
        **610 Dupre Drive**
        **Spartanburg, South Carolina 29307**
        **(864) 594-4400**

    b.  Witnesses the party may call if the need arises:

        **Jeff Stevens**
        **Spartanburg School District Seven**
        **610 Dupre Drive**
        **Spartanburg, South Carolina 29307**
        **(864) 594-4400**

        **Steven G. Smith**
        **2641 Old Furnace Road**
        **Boiling Springs, South Carolina 29316**

        **Andrew Charles Martin**
        **South Carolina Bible Education in School Time**
        **PO Box 3351**
        **Spartanburg, South Carolina 29304**
        **(864) 573-8583**

        **Nancy Seay**
**Oakbrook Preparatory School**
**190 Lincoln School Road**
**Spartanburg, South Carolina 29301**
**(864) 587-2060**

        **Walter L. Tobin**
**40 Woodpine Court**
**Columbia, South Carolina**
**(803) 732-3680**

        **Troy Dean Bridges**
**2170 Washington Road**
**Spartanburg, South Carolina 29302**

        **Grayson Hartgrove**
**1866 Neptune Drive**
**Columbia, South Carolina 29209**

        **Robert Moss**
**Spartanburg, South Carolina**

        **Melissa Moss**
**Spartanburg, South Carolina**

        **Ellen Tillett**
**Spartanburg, South Carolina**

        **George Daly**
**Charlotte, North Carolina**

     2.     The designation of those witnesses whose testimony the party expects to present by deposition.

        **None.**

     3.     An identification of each document or other exhibit, including summaries of other evidence – separately identifying those items the party expects to offer and those it may offer if the need arises.

a. Items the party expects to offer.

**Spartanburg County School District No. 7 Released Time for Religious Instruction Policy JHCB (March 2007) (SPBG 00050) (D-Ex. B-13)**

**South Carolina Attorney General Opinion No. 07-011 (January 29, 2007) (Dep. Ex. 106)**

**South Carolina Transfer Regulations (Dep. Ex. 123)**

**Agreement between SCBEST and Oakbrook Preparatory School (SPGB 00688-00689) (Dep. Ex. 147)**

**Spartanburg County School District No. 7 Minutes of Regular Meeting of the Board of Trustees, January 9, 2007 (SPBG 00095-00101) (Dep. Ex. 151)**

**Spartanburg County School District No. 7 Minutes of Regular Meeting of the Board of Trustees, February 6, 2007 (SPBG 00102-00108) (Dep. Ex. 152)**

**Spartanburg County School District No. 7 Minutes of Regular Meeting of the Board of Trustees, March 6, 2007 (SPBG 00109-00114) (Dep. Ex. 153)**

**South Carolina Uniform Grading Policy (Dep. Ex. 165)**

**Spartanburg High School Transcript of Plaintiff Tillett's Minor Child (redacted) (Dep. Ex. 196)**

**Spartanburg High School Transcript of Plaintiff Melissa Moss (redacted) (Dep. Ex. 197)**

**Spartanburg High School Overview (D-Ex. B-28)**

**Defendant's Response to Plaintiffs' Third Set of Rule 34 Document Requests to Defendant (October 5, 2010)**

**Excerpts from South Carolina School Boards Association 2006 Policy and Legislative Update (South Carolina Released Time Credit Act), including South Carolina School Boards Association Model Policy JHCB (D-Ex. B-11)**

b. Items the party may offer if the need arises.

**Georgia House Resolution 02 LC 30 0180, adopted February 8, 2002 (D-Ex. A)**

**South Carolina Department of Education Division of Standards and Learning Credit Recover, a Guidance Document for Service Delivery (D-Ex. B-9)**

4

**Troy Bridges letter to Chip Hurst (October 18, 2006) (SPBG 00081) (Dep. Ex. 180)**

**Stanley Case letter to Chip Hurst (November 17, 2006) (SPBG 00079-00080) (Dep. Ex. 182)**

**Drew Martin letter to Chip Hurst (November 22, 2006) (SPBG 00166-00167) (Dep. Ex. 59)**

**Drew Martin draft email (Dec. 29, 2006) (SCBEST 00222-00224) (Dep. Ex. 108)**

**Drew Martin letter to Chip Hurst (June 28, 2007) (SPBG 00407) (Dep. Ex. 183)**

**Drew Martin letter to Rodney Graves (Feb. 29, 2008) (SPBG 00043) (Dep. Ex. 70)**

**Emails between George Daly and Drew Martin (DSC MOSS DOC PROD 0173-0185) (Dep. Ex. 118)**

**Emails between George Daly and Rodney Graves (DSC MOSS DOC PROD 0108-0109; SPBG 00353-00354)**

**George Daly's notes from conversations with Rodney Graves and others (DSC MOSS DOC PROD 0188-0190) (Dep. Ex. 195)**

**Spartanburg High School Handbook, 2007-08 (SPBG 00444-00508) (Dep. Ex. 168)**

**Spartanburg High School Handbook, 2008-09 (SPBG 00509-00573)**

**Spartanburg High School Handbook, 2009-10 (SPBG 00574-00652)**

**SCBEST Letter to Parents and Students (undated) (DSC MOSS PROD 0012) (Dep. Ex. 157)**

**SCBEST Letter to Parents (undated) (SCBEST 00203) (Dep. Ex. 83)**

**Spartanburg County School District No. 7 Draft Letter (March 9, 2007) (SPBG 00073) (Dep. Ex. 158)**

**Spartanburg County School District No. 7 Draft Letter (March 9, 2007) (SPBG 00340) (Dep. Ex. 159)**

**Spartanburg County School District No. 7 Draft Letter to Robert Moss and Heidi Moss (SPBG 00074) (Dep. Ex. 187)**

5

**FFRF Press Release, "Watchdog, Parents File Suit Against South Carolina Release-Time Credits," (June 17, 2009) (DSC MOSS PROD 0007-0008)**

**FFRF News Release, "Court: FFRF Can Sue Over S.C. School Religious Education (December 30, 2009) (DSC MOSS PROD 0160-0161)**

**FFRF editorial to the Spartanburg Herald Journal, "Cut the Credit for Release Time," (July 31, 2009) (DSC MOSS PROD 0163-0166)**

**Spartanburg Herald Journal Article, "Religion Elective Facing Scrutiny," (March 16, 2007) (SPBG 00124-00125) (Dep. Ex. 177)**

**Associated Press Article, "Students to get academic credit for Bible study," (June 19, 2006) (SPBG 00122–00123) (Dep. Ex. 176)**

**Education Week Article, "S.C. to Allow Credit for Off-Campus Study Week" (Sept. 20, 2006) (D-Ex. N-4)**

**Robert Moss letter submitted to the Spartanburg Herald Journal (August 2009) (DSC MOSS PROD 0074) (Dep. Ex. 190)**

**Text of Robert Moss and/or Heidi Moss comments to the Spartanburg County School District No. 7 Board of Trustees (March 6, 2006) (DSC MOSS PROD 0013-0014; SPBG 00075-00076) (Dep. Ex. 188, 189)**

**Robert and Heidi Moss letter to the ACLU (DSC MOSS DOC PROD 196)**

**Robert Moss letter submitted to Spartanburg Herald Journal (August 2009) (Dep. Ex. 190)**

**Robert Moss letter to Ms. Kimsey (DSC MOSS DOC PROD 212)**

**Robert and Heidi Moss letter to Mr. Moore (March 8, 2007) (DSC MOSS DOC PROD 194) (D-Ex. B-19)**

**Emails between Thomas White and Rodney Graves (Dep. Ex. 122A, 123A)**

**Rodney Graves notes (Dep. Ex. 124A, 161, 162)**

**SCBEST Poster (SPBG 00130) (Dep. Ex. 178)**

**Beth Meadows (Dorman High School) letter to Drew Martin (Nov. 13, 2008) (SPBG 00369) (Dep. Ex. 172)**

**Plaintiffs' Response to Defendant's First Set of Interrogatories and First Set of Request for the Production of Documents (May 5, 2010)**

**Plaintiffs' Amended and Supplemental Response to Defendant's First Set of Interrogatories and First Set of Requests for the Production of Documents (June 2010)**

**Plaintiffs' Response to Defendant's Second Set of Interrogatories (October 4, 2010)**

**Plaintiffs' Supplemental Response to Defendant's Second Set of Interrogatories (October 29, 2010)**

**Plaintiffs' Second Supplemental Response to Defendant's Second Set of Interrogatories (November 8, 2010)**

**Plaintiffs' Response to Defendant's First Set of Requests for Admissions (October 4, 2010)**

**Plaintiffs' Amended Response to Defendant's First Set of Requests for Admissions (October 23, 2010)**

**Plaintiffs' Second Amended Response to Defendant's First Set of Requests for Admissions (October 29, 2010)**

**Plaintiffs' Supplemental Response to Defendant's First Set of Requests for the Production of Documents (October 29, 2010)**

**Plaintiffs' Response to Defendant's Second Set of Requests for the Production of Documents (September 14, 2010)**

**Plaintiffs' Response to Defendant's Third Set of Requests for the Production of Documents (October 4, 2010)**

**Plaintiffs' Supplemental Response to Defendant's Third Set of Requests for the Production of Documents (October 29, 2010)**

**Plaintiffs' Second Supplemental Response to Defendant's Third Set of Requests for the Production of Documents (November 8, 2010)**

                            Respectfully submitted,

                            <u>/s/Kenneth E. Darr, Jr.</u>
                            Kenneth E. Darr, Jr. (Fed. I.D. #989)
                            Lyles, Darr & Clark, LLP
                            104 N. Daniel Morgan Ave., Suite 300
                            Spartanburg, South Carolina 29306
                            kdarr@ldclaw.com
                            Telephone: (864) 585-4806

Facsimile: (864) 585-4810

Eric C. Rassbach (admitted pro hac vice)
Lori H. Windham (admitted pro hac vice)
Eric N. Kniffin (admitted pro hac vice)
The Becket Fund for Religious Liberty
3000 K St. NW, Suite 220
Washington, DC 20036
erassbach@becketfund.org
lwindham@becketfund.org
ekniffin@becketfund.org
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

Attorneys for Defendant
Spartanburg County School District No. 7

February 4, 2011
Spartanburg, South Carolina