AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
for the

### District of South Carolina

Robert Moss, individually and as general guardian of his minor child; Ellen Tillett, individually and as a general guardian of her minor child; The Freedom From Religion Foundation, Inc.; Melissa Moss,

    vs.

Spartanburg County School District No. 7, a South Carolina body politic and corporate,

**JUDGMENT IN A CIVIL ACTION**

Case Number: 7:09cv1586-HMH

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant Spartanburg County School District No. 7, a South Carolina body politic and corporate recover costs from the plaintiffs Robert Moss, Ellen Tillett, The Freedom From Religion Foundation, Inc., and Melissa Moss.

☐ other:

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☒ tried by the Honorable Henry M. Herlong, Senior United States District Judge presiding, without a jury and the above decision was reached.

☐ decided by the Honorable

Date:   April 5, 2011

LARRY W. PROPES, Clerk
By: *(signature)*

Deputy Clerk