United States District Court
for the
District of South Carolina
Spartanburg Division

| | | |
|---|---|---|
| Robert Moss, Melissa Moss, Ellen Tillett and the Freedom From Religion Foundation, Inc., | ) ) ) ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) | Civil Action No. 7:09-cv-1586:HMH |
| Spartanburg County School District No. 7, a South Carolina body politic and corporate | ) ) ) ) | |
| Defendant | ) | |

_____

NOTICE OF APPEAL

All Plaintiffs appeal to the United States Court of Appeals for the Fourth Circuit from the Judgment entered April 5, 2011 (dkt. 118) and the Opinion and Order entered April 5, 2011 (dkt. 117).

Respectfully submitted, May 2, 2011.

s/ Aaron J. Kozloski
D.S.C. Bar. No. 9510
Capitol Counsel, L.L.C.
P.O. Box 1996
Lexington, SC 29071
Phone 803-748-1320
Fax 888-513-6021
Mobile 803-465-1400
Aaron@capitolcounsel.us

George Daly
Admitted *pro hac vice*
139 Altondale Avenue
Charlotte NC 28207
704-333-5196
Gdaly1@bellsouth.net

Attorneys for Plaintiffs