4cca-30    REV. 10/30/07    T R A N S M I T T A L   S H E E T
(Notice of Appellate Action)

| | UNITED STATES DISTRICT COURT for the DISTRICT OF SOUTH CAROLINA at SPARTANBURG | District Court No.: |
|---|---|---|
| ■ Notice of Filing<br>_____ Cross Appeal<br>_____ Interlocutory Appeal<br>_____ Additional NOA<br>_____ Amended NOA<br>_____ Transmittal of Record<br>_____ Transmittal of Cert.<br>_____ Supplement to ROA<br>_____ Supplemental Cert.<br>_____ Other _____<br>_____ | Caption:<br>Robert Moss, et al, plaintiff,<br>vs.<br>Spartanburg County School District etc., defendant. | 7:09cv1586-HMH<br><br>4CCA No.: _____ Consolidated with No.:<br><br>Case Mgr.: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| 1. NOA filed:<br>5/2/11 | 4. Fees: _____ USA (fee not required) |
|---|---|
| | $5 filing fee: ■ paid _____ unpaid |
| | $450 docket fee: ■ paid _____ unpaid |
| 2. Amended NOA filed: | Pauper Status: _____ granted _____ denied _____ pending in dist. ct. |
| | Does PLRA Apply? _____ Yes _____ No   3-Strikes? _____ Yes _____ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge:<br>Henry M. Herlong, Jr<br>Senior United States District Judge | 5.   Materials under Seal in District Court:   Yes _____   No _____<br><br>   Party Names Under Seal in District Court:   Yes _____   No _____ |
| 6. Court Reporter(s) (list all):<br><br>Contract Court Reporter:<br><br>Coordinator: *Janet Woodward, 803-253-3198* | 7. Criminal/Prisoner Cases<br><br>_____ recalcitrant witness   Defendant's Address:<br>_____ on death row<br>_____ in custody<br>_____ on bond<br>_____ on probation |

| **Part II**    TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD |
|---|
| _____ ORIGINAL RECORD    _____ SUPPLEMENT TO RECORD |

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| _____ PRO SE: Automatically transmit assembled electronic record to 4CCA in pro se cases. Does electronic record include all filings?<br>_____ YES _____ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____<br>_____<br>_____<br>■ COUNSELED: Available for transmittal<br>In-court hearing(s) held? ■ _____ YES _____ NO<br>All transcript on file? ■ _____ YES _____ NO<br>4CCA will request transmittal of record when needed in counseled cases. | _____ PRO SE: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed):<br>_____<br>_____<br>_____<br>_____ COUNSELED: Available for transmittal<br>In-court hearing(s) held? _____ YES _____ NO<br>All transcript on file? _____ YES _____ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk  S Flanders            Phone: 864-241-2700            Date:  May 3, 2011