FILED: July 12, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1448
(7:09-cv-01586-HMH)

_____

ROBERT MOSS, individually and as general guardian of his minor child; ELLEN TILLETT, individually and as general guardian of her minor child; FREEDOM FROM RELIGION FOUNDATION, INCORPORATED; MELISSA MOSS

    Plaintiffs - Appellants

v.

SPARTANBURG COUNTY SCHOOL DISTRICT SEVEN, a South Carolina body politic and corporate

    Defendant - Appellee

-------------------------------

AMERICAN HUMANIST ASSOCIATION; SECULAR STUDENT ALLIANCE

    Amici Supporting Appellant

THE NATIONAL LEGAL FOUNDATION; STATE OF SOUTH CAROLINA EX REL ALAN WILSON, Attorney General; THE CHRISTIAN LEGAL SOCIETY; NATIONAL COMMITTEE FOR FURTHERANCE OF JEWISH EDUCATION; NATIONAL ASSOCIATION OF EVANGELICALS; ADVOCATES FOR FAITH AND FREEDOM; COMMONWEALTH OF VIRGINIA; STATE OF ALABAMA; STATE OF COLORADO; STATE OF FLORIDA; STATE OF LOUISIANA; STATE OF MICHIGAN; STATE OF NEBRASKA; STATE OF

OKLAHOMA

Amici Supporting Appellee

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

This court's mandate is stayed under Fed. R. App. P. 41(d)(1), which provides that "[t]he timely filing of a petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, stays the mandate until disposition of the petition or motion."

/s/Patricia S. Connor, Clerk