FILED: August 23, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1448
(7:09-cv-01586-HMH)

_____

ROBERT MOSS, individually and as general guardian of his minor child; ELLEN TILLETT, individually and as general guardian of her minor child; FREEDOM FROM RELIGION FOUNDATION, INCORPORATED; MELISSA MOSS

      Plaintiffs - Appellants

v.

SPARTANBURG COUNTY SCHOOL DISTRICT SEVEN, a South Carolina body politic and corporate

      Defendant - Appellee

------------------------------

AMERICAN HUMANIST ASSOCIATION; SECULAR STUDENT ALLIANCE

      Amici Supporting Appellant

THE NATIONAL LEGAL FOUNDATION; STATE OF SOUTH CAROLINA EX REL ALAN WILSON, Attorney General; THE CHRISTIAN LEGAL SOCIETY; NATIONAL COMMITTEE FOR FURTHERANCE OF JEWISH EDUCATION; NATIONAL ASSOCIATION OF EVANGELICALS; ADVOCATES FOR FAITH AND FREEDOM; COMMONWEALTH OF VIRGINIA; STATE OF ALABAMA; STATE OF COLORADO; STATE OF FLORIDA; STATE OF LOUISIANA; STATE OF MICHIGAN; STATE OF NEBRASKA; STATE OF OKLAHOMA

Amici Supporting Appellee

_____

O R D E R

_____

Costs for these proceedings are taxed and certified in the amount of 94.80, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk